UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

'05 JUL 15 P 12 1

WARRICK GRIFFIN,                     )
                                     )
                    Petitioner,      )
                                     )
vs.                                  )        No. CV 203-049
                                     )        [Underlying CR297-36]
UNITED STATES OF AMERICA,            )
                                     )
                    Respondent.      )

## ORDER

**IT IS HEREBY ORDERED** that the judgment of the United States Court

of Appeals for the Eleventh Circuit is made the judgment of this Court.

**SO ORDERED** this 15 day of _____July_____, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

1