PROB 12B
(7/93)

## United States District Court
### for the
### Southern District of Georgia
### Brunswick Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2008 JAN 31 PM 2: 15

CLERK_____
SO. DIST. OF GA.

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Warrick A. Griffin**            Case Number: CR297-00036-002

Name of Sentencing Judicial Officer:    Honorable Anthony A. Alaimo
                                         Judge, U.S. District Court

Date of Original Sentence:     February 27, 1998

Original Offense:    Bank robbery

Original Sentence:   120 months imprisonment; 5 years supervised release; $33,428.80 restitution

   On August 24, 2004, the offender was resentenced to 100 months imprisonment.

   On August 10, 2007, the offender's supervised release was modified to include that he make restitution payments in the amount of at least $75 per month.

Type of Supervision:           Supervised Release
Date Supervision Commenced:    December 6, 2005
Assistant U.S. Attorney:       Joseph D. Newman
Defense Attorney:              R. Flay Cabiness II

## PETITIONING THE COURT

[ ]  To extend the term of supervision for years, for a total term of years.
[X]  To dismiss the petition filed in U.S. District Court, on December 12, 2007, and modify the conditions of supervision as follows:

   1. The defendant shall not leave his residence from 9:00 p.m. until 6:00 a.m. for a period of 120 days, except when such leave is approved in advance by the probation officer.

   2. The defendant shall complete 120 hours of community services within twelve months from the date of this modification.

   3. The defendant shall make monthly restitution payments in the nominal amount of at least $50 per month.

Prob 12B          Request for Modifying the Conditions or Term of Supervision

Re: Warrick A. Griffin
Case Number: CR297-00036-002
Page 2

## CAUSE

On December 7, 2007, the Court issued a warrant based on the following violations of supervised release:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition - The defendant shall not commit another federal, state, or local crime**. On November 27, 2007, the offender was arrested for contempt of court for failing to pay his child support as directed. |
| 2 | **Standard Condition Number 3 - The defendant shall follow the instructions of the probation officer**. On December 2, 2007, the offender was instructed to report to the probation officer on December 3, 2007, at 8:30 a.m., and he failed to report as directed. |
| 3 | **Standard Condition Number 3 - The defendant shall follow the instructions of the probation officer**. On December 3, 2007, the offender was instructed to report to the probation officer on December 4, 2007, before 12:00 p.m., and he failed to report as directed. |
| 4 | **Mandatory Condition - The defendant shall pay restitution in the amount of $33,428.80**. On February 27, 1998, the Court ordered the offender to pay restitution in the amount of $33,428.80. Restitution was ordered to be paid jointly and severally with the offender's codefendants. The offender was ordered to pay restitution at the rate of $100 a month. On August 10, 2007, the Court reduced the offender's restitution payment to $75 a month. Since the reduction, the offender was required to make four payments totaling $300 and has failed to do so. The offender is presently $165 in arrears. |

Prob 12B        Request for Modifying the Conditions or Term of Supervision

Re: Warrick A. Griffin
Case Number: CR297-00036-002
Page 3

Based on the nature of the aforementioned violations, the probation officer respectfully recommends that the previously stated modification of the offender's supervised release is adequate punishment for the offender's conduct. As such, based on the Court's approval of this petition, the probation officer respectfully recommends to the Court that a violation of supervised release hearing is no longer necessary.

Respectfully submitted,

by _____
Philip J. Lyons
U.S. Probation Officer
Date: January 29, 2008

Reviewed by
_____
Stephen C. Gray
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above and that the Petition filed in U.S. District Court, on December 12, 2007, is hereby dismissed
[ ]   Other

_____
Judge, U.S. District Court

1-31-08
_____
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## Brunswick Division

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall not leave his residence from 9:00 p.m. until 6:00 a.m. for a period of 120 days, except when such leave is approved in advance by the probation officer.

2. The defendant shall complete 120 hours of community services within twelve months from the date of this modification.

3. The defendant shall make monthly restitution payments in the nominal amount of at least $50 per month.

Witness: _____    Signed: _____
U.S. Probation Officer                 Probationer or Supervised Releasee

1-29-08
DATE